IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BOB BELL, | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 3:10-CV-1-M |
| DUNN, JOHNSTON & BROWN, | § § § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, & Recommendation of the United States Magistrate on *Defendant's Motion for Sanctions,* filed July 14, 2010, and *Plaintiff's Motion for the Withdrawal of Krohn & Moss, Ltd. as Counsel for Plaintiffs,* filed October 4, 2010. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, & Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, & Recommendation of the United States Magistrate Judge.

*Defendant's Motion for Sanctions*, filed July 14, 2010, (doc. 17.) is **DENIED**. *Plaintiff's Motion for the Withdrawal of Krohn & Moss, Ltd. as Counsel for Plaintiffs*, (doc. 33) is **GRANTED.**

SIGNED this 1st day of March, 2011.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS